## Commonwealth *v.* Sanford, Appellant.

Argued April 16, 1975. *Henry E. Sewinsky,* with him *Rodgers, Marks & Perfilio,* for appellant; *Robert F. Banks,* First Assistant District Attorney, with him *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Sellmon, Appellant.

Argued April 18, 1975. *Jon M. Lewis,* for appellant; *Morrison F. Lewis,* Assistant District Attorney, with him *Louis H. Ceraso,* Assistant District Attorney, and *Albert M. Nichols,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.